| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>Juliana G. Blaha (SBN 331066)<br>Juliana@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BEATTY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>MOUNTAINS COMMUNITY HOSPITAL FOUNDATION, INC., GRANT MERCANTILE AGENCY INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | CASE NO. 5:21-cv-00968-JGB-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO DEFENDANT MERCANTILE AGENCY INC., ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

In accordance with Federal Rule of Civil Procedure 41(a)(1), Plaintiff Mark Beatty requests that the court dismiss all of Plaintiff's claims against Defendant Mercantile Agency Inc., only, without prejudice.

Respectfully submitted,

Date: June 16, 2021

By: *s/ Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP**

Attorney for Plaintiff